[No. 48127-8-II. Division Two. October 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE EARL TOWNSEND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-01561-7, Gerald T. Costello, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 48407-2-II. Division Two. October 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SOK BUN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-1-00615-4, Gary R. Tabor, J., entered October 21, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 33170-9-III. Division Three. October 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROCKY M. HENSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-01270-2, Vic L. VanderSchoor, J., entered March 3, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Pennell, JJ.

[No. 33329-9-III. Division Three. October 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY RAY AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 15-1-00272-8, Carrie L. Runge, J., entered May 11, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.